IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL KNOX,**

    **Petitioner,**

**v.**                                                            **Case No. 4:24-cv-166-AW-HTC**

**RICKY DIXON, Secretary of the Florida
Department of Corrections,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Michael Knox seeks § 2254 relief. In a comprehensive report and recommendation, the magistrate judge concludes the court should deny relief. ECF No. 14. Having carefully considered the matter, and having conducted a de novo review of all issues raised in Knox's objections (ECF No. 15), I conclude the magistrate judge is correct. I now adopt the report and recommendation in full and incorporate it into this order.

The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on September 9, 2024.

                                                   s/ *Allen Winsor*
                                                 United States District Judge